UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND



2005 DEC -5 A 11: [illegible]

James Muirhead

   VS.                CA. NO. 04-309L

US Administrative Office of the
United States Courts and James R.
Starr

### ORDER

Pursuant to an Order dated October 20, 2005 issued by the lst Circuit Court of Appeals,

It is hereby ordered that this action is dismissed without prejudice, for want of subject-matter jurisdiction.

ENTER:

_Ronald R. Lagueux_ (signed)
Ronald R. Lagueux
Senior U.S. District Judge
DATED: November 30, 2005

By Order:
  on the         day of November 30, 2005

_(signed)_
Deputy Clerk

